

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

ENTERED
09/28/2011

| | | |
|---|---|---|
| IN RE:  A.C.M. HOME HEALTH SERVICES, INC., DEBTOR | * | CASE NO. 11-70504-M-11 |
| | * | CHAPTER 11 PROCEEDING |

**ORDER**
**ON DEBTOR'S MOTION TO**
**EXTEND THE TIME PERIOD TO CONFIRM A CHAPTER 11 PLAN**
Resolving Docket #  47

CAME ON FOR CONSIDERATION BEFORE THIS COURT, the Debtor's Motion to Extend Time in Which to Confirm a Chapter 11 Plan.  The Court has considered the facts of the Debtors' Motion finds it meritorious and therefore it is:

ORDERED that the Debtor A.C.M. Home Health Services, Inc. is allowed until December 21, 2011 or as further Ordered by this Court, to Confirm its chapter 11 Plan.

DATE: September 28, 2011

HON. RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

A.C.M. Home Health Services, Inc.
K:\241\241761\Order Extending Time To Confirm Chapter 11 Plan.docx